Ronald Abramson (*Admitted Pro Hac Vice*)
ron.abramson@listonabramson.com
David G. Liston (*Admitted Pro Hac Vice*)
david.liston@listonabramson.com
Ari J. Jaffess (*Admitted Pro Hac Vice*)
ari.jaffess@listonabramson.com
Alex G. Patchen (*Admitted Pro Hac Vice*)
alex.patchen@listonabramson.com
M. Michael Lewis (*Admitted Pro Hac Vice*)
michael.lewis@listonabramson.com
Gina K. Kim (*Admitted Pro Hac Vice*)
gina.kim@listonabramson.com
**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave., 46th Floor
New York, NY 10174
Tel: (212) 257-1630

Rustin K. Mangum (SBN 280109)
rustin@mangumririe.com
Spencer W. Ririe (SBN 248277)
spencer@mangumririe.com
**MANGUM RIRIE LLP**
999 Corporate Dr., Suite 255
Ladera Ranch, CA 92694
Tel: (949) 699-2499

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> NETFLIX, INC., <br><br> Defendants. | Case No. 3:22-cv-05003-JD <br><br> Honorable James Donato <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW ATTORNEY BRANDON R. OATES AS COUNSEL FOR PLAINTIFF WAG ACQUISITION, L.L.C.** |

Pursuant to Civil Local Rules 7-11 and 11-5(a), Plaintiff WAG Acquisition, L.L.C. ("WAG") hereby moves for an order permitting attorney Brandon R. Oates from Haley & Olson, P.C. to withdraw as counsel for WAG in this case. Liston Abramson LLP and Mangum Ririe LLP will continue to serve as counsel for WAG in this case through attorneys Ronald Abramson, David G. Liston, Ari J. Jaffess, Alex G. Patchen, M. Michael Lewis, and Gina K. Kim and attorneys Rustin K. Mangum and Spencer W. Ririe, respectively. Pursuant to Civil L.R. 11-5(a), notice regarding this withdrawal has been provided to WAG. Further, pursuant to Civil L.R. 11-5(a), WAG's counsel has informed counsel for Defendant Netflix, Inc. ("Netflix") that WAG intends to file this motion, and Netflix's counsel has indicated that they do not oppose this motion. Accordingly, it is hereby requested that the Court remove Mr. Oates's name and email address from the service list that is on file with the Court in this action.

      A proposed order permitting Mr. Oates to withdraw as counsel for WAG in this case is submitted herewith.

| | |
|---|---|
| Dated: January 4, 2023 | Respectfully submitted, |
| | **MANGUM RIRIE LLP** |
| | /s/ Rustin K. Mangum |

Ronald Abramson (*Admitted Pro Hac Vice*)
ron.abramson@listonabramson.com
David G. Liston (*Admitted Pro Hac Vice*)
david.liston@listonabramson.com
Ari J. Jaffess (*Admitted Pro Hac Vice*)
ari.jaffess@listonabramson.com
Alex G. Patchen (*Admitted Pro Hac Vice*)
alex.patchen@listonabramson.com
M. Michael Lewis (*Admitted Pro Hac Vice*)
michael.lewis@listonabramson.com
Gina K. Kim (*Admitted Pro Hac Vice*)
gina.kim@listonabramson.com
**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave., 46th Floor
New York, NY 10174
Tel: (212) 257-1630

Rustin K. Mangum (SBN 280109)
rustin@mangumririe.com
Spencer W. Ririe (SBN 248277)
spencer@mangumririe.com
**MANGUM RIRIE LLP**
999 Corporate Dr., Suite 255
Ladera Ranch, CA 92694
Tel: (949) 699-2499

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

CASE NO. 3:22-CV-05003-JD

UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW ATTORNEY BRANDON R. OATES AS COUNSEL FOR PLAINTIFF WAG ACQUISITION, L.L.C.