UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAG ACQUISITION, L.L.C.,

Plaintiff,

v.

NETFLIX, INC.,

Defendant.

Case No. 3:22-cv-05003-JD

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) WAG ACQUISITION, L.L.C., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Robert Muller and Daniel A. Corren, Cypress LLP

Name(s) of counsel withdrawing from representation and firm name:

Spencer Ririe and Rustin Mangum, Mangum Ririe LLP

Date: August 25, 2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: September 11, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



IT IS SO ORDERED
Judge James Donato